IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YEVGEN MERCHANSKYY, Plaintiff | : | CIVIL ACTION |
| VS. | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant | : | NO. 10-4221 |

### ORDER

MARY A. MCLAUGHLIN, J.

AND NOW, this 23d day of June, 2011, upon consideration of the plaintiff's request for review, defendant's response to request for review, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED IN PART and DENIED IN PART;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for further review consistent with the Report and Recommendation of United States Magistrate Linda K. Caracappa.

It is so ORDERED
BY THE COURT:

MARY A. MCLAUGHLIN, J.